IH-32                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

<u>Full Caption of Later Filed Case:</u>

Blake Lively,

| Plaintiff | Case Number |
|---|---|
| vs. | 25-mc-000347-JPC |
| The Skyline Agency LLC, et al., | |
| Defendant | |

<u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

Blake Lively,

| Plaintiff | Case Number |
|---|---|
| vs. | 24-cv-10049 (LJL) |
| Wayfarer Studios LLC, et al., | |
| Defendant | |

IH-32                                                                                                    Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed

(If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open

(If so, set forth procedural status and summarize any court rulings.)

The later-filed action involves a motion to compel production of documents withheld on privilege grounds in response to a subpoena issued in the earlier-filed action, which is currently pending before Judge Liman. In the earlier-filed action, all but two of the defendants have answered the second amended complaint, with the remaining two having filed a motion to dismiss that is currently pending. Discovery in the earlier-filed action is underway, with fact discovery set to close on September 30, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case involves a motion to compel compliance with subpoenas issued in the earlier-filed case (the "Subpoenas"). Because the Subpoenas specified a place of compliance in the Northern District of Texas, Ms. Lively initially filed her motion to compel there, along with a motion to transfer the motion to compel to this District under Federal Rule of Civil Procedure 45(f). On August 12, 2025, the Respondents consented to transfer, and on August 13, 2025, the U.S. District Court for the Northern District of Texas entered an order transferring the case to this District "for determination in connection with the underlying litigation, Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL (S.D.N.Y)." Dkt. No. 19, No. 3:25-mc-63-L (N.D. Tex. Aug. 13, 2025).

Now that the motion to compel has been transferred to this Court, the factors cited in Rule 13 (a) of the SDNY Rules for the Division of Business Among District Judges all overwhelmingly favor relating this newly filed miscellaneous proceeding to the earlier action, where it can proceed as Rule 45(f) and the transferring Court intended: as though it were any other motion to compel (or other discovery motion) filed in the underlying action. This action concerns substantially similar parties and arises in the context of the same factual record as the underlying action—indeed, it is a sub-dispute relating to discovery in the underlying action itself, and similar privilege disputes to those raised in this motion to compel are currently pending before Judge Liman. Dkt. Nos. 585, 586 in No. 24-cv-10049. Assigning this action to Judge Liman will conserve judicial resources, minimize any duplication of effort, and eliminate the possibility that parties will be subject to conflicting orders relating to discovery in the underlying action.

Signature: /s/ Michael J. Gottlieb                         Date: August 15, 2025

Willkie Farr & Gallagher LLP

Firm: _____