```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BLAKE LIVELY,

                         Movant,

          -v-

THE SKYLINE AGENCY LLC; and ROZA
KALANTARI,

                       Respondents.
------------------------------------------------------------------X

25-mc-347 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    This case was transferred to this Court from the United States District Court for the Northern District of Texas. The Court orders the following briefing schedule: Any response to the motion to compel shall be filed no later than 5:00 PM on August 22, 2025. Any reply shall be filed no later than 5:00 PM on August 25, 2025.

    SO ORDERED.

Dated: August 18, 2025
       New York, New York

                                                            LEWIS J. LIMAN
                                                            United States District Judge