UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　Movant,<br><br>　　v.<br><br>THE SKYLINE AGENCY LLC, et al,<br><br>　　　　　Respondents. | No. 25-mc-347 (LJL) (member case) |

### REPLY DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S MOTION TO COMPEL THE SKYLINE AGENCY LLC AND ROZA KALANTARI

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　I am an attorney admitted before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Ms. Lively in the above-captioned action.

2.　I respectfully submit this declaration in support of Ms. Lively's Reply in support of her Motion to Compel The Skyline Agency LLC ("Skyline") and Roza Kalantari (together, the "Skyline Parties") to produce documents withheld on privilege grounds in response to Ms. Lively's subpoenas.

3.　A true and correct copy of Skyline's responses and objections to Ms. Lively's subpoena, dated March 28, 2025, is attached hereto as **Exhibit A**.

4.　A true and correct copy of an email chain ending June 20, 2025, and starting June 4, 2025, between counsel for Ms. Lively and counsel for the Skyline Parties is attached hereto as **Exhibit B**.

- 2 -

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 25, 2025

/s/ *Kristin E. Bender*
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com