```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY,                                                      :
:
  Movant,                                                          :
:          25-mc-347 (LJL)
    -v-                                                            :
:             ORDER
THE SKYLINE AGENCY LLC; and ROZA                                   :
KALANTARI,                                                         :
:
  Respondents.                                                     :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Skyline Agency LLC and Roza Kalantari (collectively, "Respondents") are ordered to produce the materials at issue in this case to the Court for *in camera* review by August 28, 2025. Respondents are directed to submit the materials via the Electronic Court Filing system, restricting viewing access to the Court and to Respondents.

      SO ORDERED.

Dated: August 26, 2025
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge